# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-669-DCK

| | |
|---|---|
| **LABRANNON NIX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **ADAMS BEVERAGES OF NORTH CAROLINA, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement And Mediation Report" (Document No. 20) on February 26, 2021 notifying the Court that the parties "have independently reached a settlement resolving all claims in this matter without the need for mediation."

The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal or other settlement documents in this case, or in the alternative request an extension of time to make such a filing, on or before **April 12, 2021**.

**SO ORDERED**.

Signed: February 26, 2021

_David C. Keesler_
David C. Keesler
United States Magistrate Judge