# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CV-669-DCK

| | |
|---|---|
| **LABRANNON NIX, individually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **ORDER** |
| **ADAMS BEVERAGES OF NORTH CAROLINA, LLC,** ) ) ) | |
| **Defendant.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion For Approval Of Addendum To Court-Approved Settlement Of FLSA Collective Action" (Document No. 29) filed August 11, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the Motion, the Memorandum In Support (Document No. 30), and the Proposed Addendum to the Settlement Agreement and Release ("Addendum Agreement") (Document No. 30-1), the Court finds that the Addendum Agreement, consistent with the previously Court-approved Settlement Agreement (see Document No. 27), is a fair and reasonable resolution to a bona fide dispute and provides an adequate basis for the Additional Settlement Collective Members to waive their substantive and prescriptive rights under applicable law. Accordingly, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** as follows:

1. Plaintiff's "Unopposed Motion For Approval Of Addendum To Court-Approved Settlement Of FLSA Collective Action" (Document No. 29) is **GRANTED** and the Addendum Agreement is **APPROVED**, including the payments to the Additional

Settlement Collective Members (as defined therein), the releases of claims, the settlement administrator fees, and payment of attorneys' fees described therein.

2. The group of 27 additional individuals identified in the Addendum Agreement as the "Additional Settlement Collective" is **CERTIFIED** for settlement purposes pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) as included in the Settlement Collective previously approved by this Court on April 15, 2021.

3. The Court **APPROVES** the proposed form of the Settlement Notice and method of distribution as the best notice practicable under the circumstances.

4. The Court **APPROVES** the proposed distribution of the settlement proceeds in accordance with the terms of the Addendum Agreement.

5. The Court **APPROVES** the Parties' request that the docket remain open so that Check Opt-in Forms may be filed on the docket by Class Counsel on behalf of each Participating Collective Member, and further **APPROVES** the Parties' proposed method of filing Check Opt-in Forms with the Court as fair, reasonable, and sufficient to constitute a consent to join the Lawsuit, as required by 29 U.S.C. § 216(b), on behalf of each Participating Collective Member.

6. This action is **DISMISSED WITH PREJUDICE** in its entirety in full and final discharge of any and all Participating Collective Members' Released Claims.

**SO ORDERED**.

Signed: August 12, 2021

David C. Keesler
United States Magistrate Judge